*E-FILED - 11/10/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. BROWN, | No. C 09-4008 RMW (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| WARDEN B. CURRY, DOCTOR D. BRIGHT, CAPTAIN J.A. SOARES, CORRECTIONAL OFFICER ROMERO, | |
| Defendants. | |

On August 28, 2009, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion for leave to proceed in forma pauperis.  The same day, the court notified plaintiff that he had not paid the filing fee and had filed an insufficient in forma pauperis ("IFP") application.  Along with the deficiency notice, plaintiff was provided with a new IFP application, instructions for completing it, notified that he had to specifically include a Certificate of Funds completed and signed by an authorized officer at the prison, and a stamped return envelope.  Plaintiff was cautioned that his failure to either file a completed IFP application or pay the filing fee within thirty days would result in the dismissal of this action.  On September 14, 2009, plaintiff filed another motion for leave to proceed in forma pauperis, but again, failed to submit a Certificate of Funds completed and signed by an authorized officer at the prison.

Accordingly, the instant action is DISMISSED without prejudice to plaintiff filing a new action in which he either pays the filing fee or files a completed IFP application.

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.09\Brown008disifp.wpd

1    The clerk shall enter judgment and close the file.
2    IT IS SO ORDERED.
3    DATED: 11/6/09                      /s/ Ronald M. Whyte
                                         RONALD M. WHYTE
4                                        United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.09\Brown008disifp.wpd