***E-FILED - 11/10/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. BROWN,<br><br>       Plaintiff,<br><br>  v.<br><br>WARDEN B. CURRY, DOCTOR D. BRIGHT, CAPTAIN J.A. SOARES, CORRECTIONAL OFFICER ROMERO,<br><br>       Defendants. | No. C 09-4008 RMW (PR)<br><br>JUDGMENT |

      The court has dismissed the instant civil rights action without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

      IT IS SO ORDERED.

DATED: 11/6/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Brown008jud.wpd